E-FILED
Friday, 05 August, 2005  02:32:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DWIGHT L. NEWBERN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-2124 |
| | ) ) |
| COMMISSIONER OF SOCIAL SECURITY, sued as JoAnne Barnhart, | ) ) ) |
| Defendant. | ) |

ORDER APPROVING MAGISTRATE RECOMMENDATION

A recommendation was filed by the Magistrate Judge in the above cause on July 18, 2005. More than ten days have elapsed since the filing of the recommendation and no objections have been made. *See* 28 U.S.C. § 636(b)(1).

The recommendation of the Magistrate Judge is, therefore, accepted by the court. *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The court agrees with the Magistrate Judge that the administrative law judge did not err when she denied disability benefits to the plaintiff because, although the plaintiff had a severe impairment and could not perform his past relevant work, he could perform sedentary work that allowed a sit/stand option. Accordingly, the court affirms the Magistrate Judge's recommendation, denies the plaintiff's motion for summary judgment [#12] and grants the motion for an order which affirms the commissioner's decision [#15]. This case is terminated.

ENTERED this  5th   day of August, 2005.

**s\Harold A. Baker**

_____

HAROLD A. BAKER

U.S. DISTRICT JUDGE